IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW MASON SANDERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION: 25-00290-JB-N |
| MOBILE COUNTY METRO JAIL, | ) ) ) |
| Defendant. | ) ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 3rd day of December, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE